IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| BILLY HAMILTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. CIV-16-519-RAW |
| | ) |
| NORTHFIELD INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the jury's verdict, judgment is entered in favor of plaintiff and against defendant in the amount of $10,652.00.

**ORDERED THIS 25th DAY OF JULY, 2017.**

_____
**RONALD A. WHITE**
**UNITED STATES DISTRICT JUDGE**