IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

BILLY HAMILTON,

    Plaintiff,

v.

Case No: 16-CIV-519-RAW

NORTHFIELD INSURANCE COMPANY,

    Defendant.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Billy Hamilton, hereby appeals to the United States Court of Appeals for the Tenth Circuit from:

(1) the Court's Order (Dkt. 74) granting summary judgment in favor of Defendant on Plaintiff's claim for bad faith and punitive damages dated June 20, 2017 and

(2) the Judgment (Dkt. 113) entered in this action on July 25, 2017.

Dated: August 22, 2017.

        Respectfully submitted,

        /s/ Kris Ted Ledford
        KRIS TED LEDFORD, OBA #17552
        LEDFORD LAW FIRM
        Heritage Professional Plaza
        425 East 22nd Street, Suite 101
        Owasso, OK 74055
        Telephone: (918) 376-4610
        Facsimile: (918) 376-4993
        Email: kris@ledford-lawfirm.com

        *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 22nd day of August, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

    DARRELL DOWNS
    STRATTON TAYLOR
    JACOB R. DANIEL
    TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY, & RUSSELL
    400 West Fourth Street
    P.O. Box 309
    Claremore, OK  74108

  *Attorneys for Defendant*

               /s/ Kris Ted Ledford
               KRIS TED LEDFORD