IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

BILLY HAMILTON,

        Plaintiff,

v.

NORTHFIELD INSURANCE COMPANY,

        Defendant.

Case No: 16-CIV-519-RAW

## PLAINTIFF'S AMENDED NOTICE OF APPEAL

Plaintiff, Billy Hamilton, timely filed a Notice of Appeal (Dkt. 125) on August 22, 2017. On August 24, 2017, the Tenth Circuit entered an Order (Dkt. 128) abating the appeal pending the District Court's disposition of Plaintiff's Opposed Motion to Include Statutory Interest in Judgment (Dkt. 114). On August 28, 2017, the District Court entered an Order (Dkt. 129) denying Plaintiff's Motion for Attorney Fees (Dkt. 117) and Plaintiff's Opposed Motion to Include Statutory Interest in Judgment (Dkt. 114).

Pursuant to Fed.R.App.P. 4(a)(4)(B)(ii), Plaintiff, Billy Hamilton, hereby submits this Amended Notice of Appeal to the United States Court of Appeals for the Tenth Circuit from:

(1)   the Court's Order (Dkt. 74) granting summary judgment in favor of Defendant on Plaintiff's claim for bad faith and punitive damages dated June 20, 2017;

(2)   the Judgment (Dkt. 113) entered in this action on July 25, 2017; and

(3)   the Court's Order (Dkt. 129) denying Plaintiff's Motion for Attorney Fees (Dkt. 117) and Plaintiff's Opposed Motion to Include Statutory Interest in Judgment (Dkt. 114).

Dated: August 29, 2017.

Respectfully submitted,

/s/ Kris Ted Ledford
KRIS TED LEDFORD, OBA #17552
LEDFORD LAW FIRM
Heritage Professional Plaza
425 East 22nd Street, Suite 101
Owasso, OK  74055
Telephone: (918) 376-4610
Facsimile: (918) 376-4993
Email: kris@ledford-lawfirm.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of August, 2017, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

>DARRELL DOWNS
>STRATTON TAYLOR
>JACOB R. DANIEL
>TAYLOR, FOSTER, MALLETT, DOWNS, RAMSEY, & RUSSELL
>400 West Fourth Street
>P.O. Box 309
>Claremore, OK  74108

*Attorneys for Defendant*

/s/ Kris Ted Ledford
KRIS TED LEDFORD

S:\Hamilton\Pleadings\Word\2017.8.29 P Amended Notice of Appeal.docx