FILED  
**United States Court of Appeals**  
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**August 30, 2017**

_____

Elisabeth A. Shumaker  
Clerk of Court

BILLY HAMILTON,

   Plaintiff - Appellant,

v.

NORTHFIELD INSURANCE COMPANY,

   Defendant - Appellee.

No. 17-7049

_____

**ORDER**
_____

   This matter is before the court on Appellant's status report indicating that the district court has ruled on his motion to include statutory interest in the judgment. Accordingly, the abatement of this appeal is lifted.

   Appellant's transcript order form remains due September 5, 2017.

          Entered for the Court  
          ELISABETH A. SHUMAKER, Clerk

          by: Jane K. Castro  
             Counsel to the Clerk